1  MARVIN BARTEL #107531
   MORGAN R. EVANS #198278
2  BARTEL & EVANS LLP
   4695 MacArthur Court, Suite 310
3  Newport Beach, CA  92660
   Telephone:  (949) 752-3700
4  Facsimile:   (949) 752-3701

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
6

7

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ROBERT TOWNSEND,<br><br>                    Plaintiff,<br><br>        v.<br><br>NATIONAL ARBITRATION<br>FORUM, INC., et al.,<br><br>                    Defendants. | Case No. SACV-09-9325 VBF (RNBx)<br><br>Assigned for all Purposes to the Hon. Valerie Fairbank<br><br>**JUDGMENT**<br><br>[Notice of Motion for Summary Judgment, Memorandum of Points and Authorities, Separate Statement of Undisputed Facts and Conclusions of Law, Declarations of Scott Taylor and Marvin Bartel, and Request for Judicial Notice All Filed Concurrently Herewith] |

1    It is hereby ordered, adjudged and decreed that:

2    1.    The first amended complaint of Plaintiff Robert Townsend is hereby dismissed with prejudice as to Defendant Wells Fargo Bank, N.A.;

4    2.    Judgment is hereby granted and entered on the first amended complaint in favor of Defendant Wells Fargo Bank, N.A. and against Plaintiff Robert Townsend; and

7    ~~3.    Defendant Wells Fargo Bank, N.A. is awarded its costs of suit.~~

Dated: April 5, 2010        /s/ Valerie Baker Fairbank
                            _____
                            United States District Court Judge
                            Valerie Fairbank

SUBMITTED BY:

Dated: March 1, 2010        BARTEL & EVANS LLP

                            By: _____/s/_____
                                     Marvin Bartel
                            Attorneys for Defendant WELLS
                            FARGO BANK, N.A.